UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARA GOLDRING WAISBIOT,<br><br>    Plaintiff,<br><br>  -v-<br><br>JEFFERIES LLC,<br><br>    Defendant. | 25-cv-3606 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The Court is in receipt of the parties' joint submission of July 15, 2025, containing proposed briefing and discovery schedules in this action. Based on that joint submission, and with only one small modification relating to expert disclosures, the Court hereby sets the following schedule.

On defendant Jefferies LLC's anticipated motion to stay this action, defendant's moving papers are due July 24, 2025; plaintiff's opposition papers are due August 14, 2025; and defendant's reply papers are due on August 26, 2025.

As to discovery, the Court sets the following deadlines:

July 28, 2025: Deadline for parties to make disclosures pursuant to Fed. R. Civ. P. 26(a);

August 4, 2025: Deadline for parties to exchange all written discovery requests;

August 25, 2025: Deadline for parties to submit responses and objections to written discovery requests;

October 13, 2025: Deadline for the production of responsive documents, with each side to commence rolling productions of responsive documents no later than September 15, 2025;

October 24, 2025: Deadline for the parties to advise the Court whether they intend to call expert witnesses and, if so, to provide a proposed schedule for additional expert discovery.

November 14, 2025: Deadline for completion of all discovery, including depositions.

Additionally, moving papers on any motion for summary judgment are due December 1, 2025; opposition papers to any such motion are due December 15, 2025; and reply papers are due December 22, 2025. A final pretrial conference, including oral argument on any motion for summary judgment, will be held December 29, 2025, at 11 a.m.

SO ORDERED.

New York, New York
July *15*, 2025

_____
JED S. RAKOFF, U.S.D.J.