```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SARA GOLDRING WAISBIOT,<br><br>    Plaintiff,<br><br> -v-<br><br>JEFFERIES LLC,<br><br>    Defendant. | 25-cv-3606 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    The Court is in receipt of defendant Jefferies LLC's motion to stay this action, Jefferies' papers in support of that motion, and plaintiff Sara Goldring Waisbiot's opposition papers. See ECF Nos. 23, 24, 26. The Court notes that, in Goldring's opposition papers, she partially joins in Jefferies' motion and requests that the Court pause further briefing on that motion, and stay this action in its entirety, pending the resolution of related proceedings before the United States District Court for the District of Columbia. See ECF No. 26 at 16.

    The Court denies Goldring's request to pause further briefing on Jefferies' motion to stay. An appropriate Order resolving that motion will issue promptly once the motion is fully briefed.

    All deadlines in this matter remain unchanged unless and until the Court orders otherwise.

    SO ORDERED.

New York, New York
August 15, 2025

                                        JED S. RAKOFF, U.S.D.J.