UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARA GOLDRING WAISBIOT,

      Plaintiff,

  -v-

JEFFERIES LLC,

      Defendant.

25-cv-3606 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On August 25, 2025, the Court stayed this matter pending the decision of the United States District Court for the District of Columbia on an application by the Department of Justice to enforce and register foreign restraining orders in the matter captioned In re All Assets Held in Account Jw3083094 in the Name of Carinalli, S.A. at Jefferies, LLC, et al., No. 25 Misc. 96 (D.D.C.). On December 17, 2025, the United States District Court for the District of Columbia granted the Department of Justice's application. Id., ECF Nos. 19 (opinion), 20 (order). Among other things, that court ordered that the foreign restraining orders be registered and enforced and that all assets in eleven enumerated accounts, including accounts at issue in this litigation, be restrained until further order. See id., ECF No. 20 ¶¶ 1-2. Accordingly, the stay of this action that this Court imposed on August 25, 2025, automatically terminated on December 17, 2025. See ECF No. 29 at 1.

Still pending before the Court is defendant Jefferies LLC's motion to further stay this action pending the conclusion of criminal

1

proceedings against plaintiff Sara Goldring Waisbiot ("Goldring") in the country of Uruguay. That motion, which Goldring opposes, was fully briefed on August 22, 2025. See ECF Nos. 23, 24, 26, 28.

The Court hereby directs the parties, along with a representative of the Department of Justice, to jointly telephone Chambers at 11:00 a.m. on January 7, 2026, to discuss next steps in this matter in light of the decision of the United States District Court for the District of Columbia.

SO ORDERED.

New York, New York
December 22 , 2025

JED S. RAKOFF  U.S.D.J.