UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARA GOLDRING WAISBIOT,

      Plaintiff,

  -v-

JEFFERIES LLC,

      Defendant.

25-cv-3606 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On January 7, 2026, the Court held a conference in this matter with representatives of the parties and of the Department of Justice.

For reasons stated on the record at that conference, and on consent of the parties, the Court hereby orders as follows:

First, plaintiff Sara Goldring Waisbiot's request for injunctive relief, ECF No. 1 ¶ 57(b), is hereby dismissed without prejudice to being reinstated should changed circumstances so warrant. Goldring Waisbiot's motion for a preliminary injunction against defendant Jefferies LLC, ECF No. 4, is hereby denied as moot, without prejudice.

Second, further proceedings in this action are hereby stayed until the conclusion of criminal proceedings against Goldring Waisbiot in the criminal court of the country of Uruguay in which such proceedings are presently pending. The stay will terminate automatically upon the conclusion of the proceedings in that court. For the avoidance of doubt, the stay does not extend to any appellate proceedings that may ensue in Uruguay.

1

Third, the Department of Justice is hereby ordered to notify this Court should any further proceedings in the United States District Court for the District of Columbia be brought in connection with Goldring Waisbiot or any of the accounts at issue in this case.

The Clerk of Court is respectfully directed to terminate the motion at docket entry 4 and to stay this case.

SO ORDERED.

New York, New York
January 7, 2026

_____
JED S. RAKOFF, U.S.D.J.